UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| CORIN RUBIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:16-cv-12 |
| ) | |
| CITY OF LAFAYETTE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal, stipulating to dismissal of the plaintiff's claims against the defendant with prejudice. (DE 19.)

Accordingly, the plaintiff's claims against the City of Lafayette are **DISMISSED WITH PREJUDICE**, with the parties to pay their own costs and fees.

**SO ORDERED.**

ENTERED: April 5, 2017.

s/ Philip P. Simon
JUDGE, UNITED STATES DISTRICT COURT